**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ALAN DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1422 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MOTION TO RESET INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Come now Plaintiff, **CHRISTOPHER ALAN DAVIS**, and files this *Motion to Reset Initial Pretrial and Scheduling Conference* under Rule 16, and respectfully show as follows:

1. An initial pretrial and scheduling conference in the above referenced case is presently set for June 2, 2025, at 11:00 a.m. by video before Magistrate Judge Christina A. Bryan.

2. Undersigned counsel for Plaintiff will be out of the country on previously scheduled travel from May 30, 2025 through June 9, 2025 and will be unavailable to attend the conference.

3. As of the date of this filing, counsel for Defendant has not entered an appearance in this case. Accordingly, undersigned counsel has been unable to confer with opposing counsel regarding this request.

4. This motion is made in good faith and not for the purpose of delay. No party will be prejudiced by a short continuance of the conference.

WHEREFORE, Plaintiff, **CHRISTOPHER ALAN DAVIS,** prays that this Motion be granted, and that the Court issue a new Order resetting the Initial Pretrial and Scheduling Conference to a date after June 9, 2025.

Respectfully submitted,

**MARC WHITEHEAD & ASSOCIATES,**
**ATTORNEYS AT LAW L.L.P.**

By: /s/ Erin Svetlik
**ERIN SVETLIK**
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
**CHRISTOPHER ALAN DAVIS**