United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ALAN DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1422 |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

On May 1, 2025, the Court considered Plaintiff's *Motion to Reset Initial Pretrial and Scheduling Conference*. The motion is **GRANTED.** The Scheduling Conference is reset for July 21, 2025, at 11:00 a.m.by video.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on May 01, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge