United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Christopher Alan Davis | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−01422 |
| | § | |
| Lincoln Life Assurance Company of Boston | § | |

## MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: July 21, 2025
COURT REPORTER: ERO
TIME: 11:05 AM

The Court conducted the Initial Conference. Scheduling Order issued.

Signed on the 21st of July 2025.

Christina A. Bryan
United States Magistrate Judge