United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER ALAN DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:25cv01422** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following deadlines to submit this ERISA action case to the Court on the merits based on the administrative record:

| | |
|---|---|
| December 19, 2025 | Deadline to Complete Mediation |
| January 2, 2026 | Deadline for the Parties to file the Stipulated Administrative Record. |
| January 30, 2026 | Deadline for both parties to file opening briefs. |
| February 20, 2026 | Deadline for both parties to file response briefs. |

Signed on July 21, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge