**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ALAN DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1422 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Chris Davis and Defendant Lincoln Life Assurance Company of Boston (collectively the "Parties") file this notice to report a settlement of all claims in this matter. The Parties are currently working on completing and executing a settlement agreement and anticipate filing a Joint Stipulation of Dismissal in the near future.

Respectfully submitted,

By: */s/ Erin Svetlik*
**ERIN SVETLIK**
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
Marc Whitehead & Associates Attorneys at Law
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT