United States District Court
Southern District of Texas
ENTERED
July 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ALAN DAVIS, Plaintiff, | § | CIVIL ACTION NO 4:25-cv-01422 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | § | |

## ORDER

The parties have provided joint notice of settlement. Dkt 16.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 31, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge